Matter of Maskall (2023 NY Slip Op 04630)

Matter of Maskall

2023 NY Slip Op 04630

Decided on September 14, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 14, 2023

PM-214-23
[*1]In the Matter of Aurora Maria Maskall, an Attorney. (Attorney Registration No. 2427011.)

Calendar Date:September 11, 2023

Before:Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and McShan, JJ.

Aurora Maria Maskall, Cheney, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Aurora Maria Maskall was admitted to practice by this Court in 1991 and lists a business address in Spokane, Washington with the Office of Court Administration. Maskall now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Maskall's application.
Upon reading Maskall's affidavit sworn to May 9, 2023 and filed June 8, 2023, and upon reading the September 6, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Maskall is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Aurora Maria Maskall's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Aurora Maria Maskall's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Aurora Maria Maskall is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Maskall is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Aurora Maria Maskall shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.